UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL BEASLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAGISTRATE JUDGE CHANDLER *et al.*,)<br>)<br>)<br>Defendants. ) | Civil Action No.  24-02938 (UNA) |

## MEMORANDUM OPINION

This matter brought *pro se* is before the Court on review of Plaintiff's complaint and application to proceed *in forma pauperis* (IFP).  For the following reasons, the Court will grant the IFP application and dismiss the case.

Plaintiff sues D.C. Superior Court Magistrate Judge Cory M. Chandler and two prosecutors for allegedly conspiring to hold him "in contempt of court knowing" that his "driver's license was suspended." Compl., ECF No. 1 at 4.  Claiming violations of his "right under title 18 section 241 and 242," Plaintiff requests $250,000.00 from "all t[h]ree defendants" for each of the 10 days he "was in Jail." *Id*.

In an IFP proceeding, the court must dismiss the case "at any time" it determines that the complaint fails to state a claim on which relief may be granted or seeks monetary relief from an immune defendant.  28 U.S.C. § 1915(e)(2).  Judges and prosecutors enjoy absolute immunity from a suit for damages predicated, as here, on their official conduct during a valid court proceeding. *Crum v. Beck*, 2022 WL 4138238, at *1 (D.C. Cir. 2022) (per curiam) (citing *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993) (per curiam); *Atherton v. D.C. Office of Mayor*, 567 F.3d 672, 686 (D.C. Cir. 2009)).  Additionally, Plaintiff's presumed invocation of Title 18 of the

U.S. Code is inapposite because sections 241 and 242 are criminal statutes that authorize "no private right of action[.]" *Crosby v. Catret*, 2009 WL 117562, at *1 (D.C. Cir. 2009) (per curiam) (citations omitted)).  Therefore, this case will be dismissed by separate order.

Date: February 6, 2025

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge